**UNITED STATES of America,**
**Appellee,**

v.

**Ramon BRITO, aka Amable, Felix Brito, aka Eneier Rosario Escalera, aka Adan, aka Andre, Defendants–Appellants,**

**Andre Nazario, Hector Hernandez, aka Anthony, Marlene Brito, Porfirio Gaton, Terry O'Connor, aka Perro, Luis M. Garcia, Luis I. Santiago, Robert Sherman, Jose Reyes, aka Flaco, aka Gordo, Hector Rodriguez, aka Tito, Carl Holmes, Tami Garland, aka Tammi Garland, Defendants.**

Nos. 12–253–cr(L), 12–312–cr(con).

United States Court of Appeals, Second Circuit.

June 14, 2013.

Paul D. Silver (John M. Katko, on the brief), Assistant United States Attorneys, for Richard S. Hartunian, United States Attorney for the Northern District of New York, Albany, NY, for Appellee.

James P. Egan (Lisa A. Peebles, on the brief), Federal Public Defender's Office, Syracuse, NY, for Defendants–Appellants.

Present: ROBERT A. KATZMANN and BARRINGTON D. PARKER, JR., Circuit Judges, and WILLIAM F. KUNTZ, II, District Judge.*

## SUMMARY ORDER

Defendants–Appellants Ramon and Felix Brito appeal from two orders that the United States District Court for the Northern District of New York (Scullin, *J.*) entered on January 19, 2012. In those orders, the district court refused to reduce the Defendants–Appellants' sentences under 18 U.S.C. § 3582(c)(2) to a term of imprisonment that fell below the Defendants–Appellants' amended guideline ranges. We affirm for the reasons set forth in *United States v. Clifton Stith,* 11–4933–cr (2d Cir. May 30, 2013).

We have considered the Defendants–Appellants' remaining arguments and find them to be without merit. For the reasons stated herein, the judgment of the district court is **AFFIRMED.**

---

* The Honorable William F. Kuntz, II, of the United States District Court for the Eastern